**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6895**

VINCENT F. RIVERA,

Plaintiff - Appellant,

versus

ALBERTO GONZALES, United States Attorney
General, Judicial Conference of the USA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (1:05-cv-00246-TSE)

Submitted: July 31, 2006          Decided: August 24, 2006

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent F. Rivera, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent F. Rivera appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion in which he sought relief from the judgment dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rivera v. Gonzales, No. 1:05-cv-00246-TSE (E.D. Va. filed Apr. 24, 2006; entered Apr. 25, 2006). We deny Rivera's motion for appointment of counsel and his motion to supplement the record. Further, we deny as moot Rivera's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED